# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROBIN ANNETTE McGRATH ROWE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2022
_____

December 12, 2025

Appeal from the County Court for Manatee County; Melissa Gould, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


SILBERMAN, Judge.

In this appeal brought pursuant to *Anders v. California*, 386 U.S. 738 (1967), Robin Annette McGrath Rowe appeals her judgment and sentence for driving under the influence with property damage and/or personal injury. With the exception of one cost that was improperly imposed, we affirm Ms. McGrath Rowe's judgment and sentence.

While this appeal was pending, Ms. McGrath Rowe filed a motion to correct sentencing error pursuant to Florida Rule of Criminal Procedure

3.800(b)(2).  The motion asserted that the trial court imposed a lump sum of $376 in costs without citation to statutory authority.  The trial court granted the motion to correct sentencing error and struck the investigative costs to the Bradenton Police Department and the impound fee.  In its order, the court further directed the clerk to amend the costs order, and it provided the statutory authority for the costs that were imposed.

However, the amended cost worksheet improperly imposed a $223 lump sum cost without citation to any authority.[1]  "The statutory authority for all costs imposed, whether they are mandatory or discretionary, must be cited in the written order."  *Weber v. State*, 368 So. 3d 487, 489 (Fla. 2d DCA 2023) (quoting *Vick v. State*, 37 So. 3d 951, 952 (Fla. 2d DCA 2010)).  We therefore reverse the $223 imposed cost and direct that the trial court may reimpose court costs on remand if it provides the statutory authority for their assessment.  *See id.*

Affirmed in part, reversed in part, and remanded for entry of a corrected fee order.


SLEET and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.

_____

[1] The "Cost Worksheet" used by the Manatee County Clerk should not solely be used to support the imposition of costs because, although it contains a checklist for various costs, it fails to include the statutory authority for the costs.